UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LARRY McGUIRE (#129888), ET AL.                                    CIVIL ACTION

VERSUS

N. BURL CAIN, ET AL.                                                         NO. 07-0842-A-M3

### O R D E R

On November 8, 2007, the pro se plaintiffs, inmates confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, commenced this action pursuant to 42 U.S.C. § 1983 against N. Burl Cain, Richard Peabody, Cindy Vannoy and Leslie Dupont, complaining that the defendants have violated the plaintiffs' constitutional rights through interference with their First Amendment right to receive publications.

By correspondence dated February 14, 2008, the Clerk of this Court directed each of the plaintiffs to resubmit the Complaint within fifteen (15) days, identifying the defendants where appropriate on the Court's approved Complaint form, directed each plaintiff to sign the Complaint, and directed each plaintiff to either pay the cost of filing suit in this Court within such time or submit a properly completed motion to proceed as a pauper herein and Statement of Account. See rec.doc.no. 3. The plaintiffs were specifically advised that, "FAILURE TO AMEND THE PLEADINGS AS INDICATED WILL RESULT IN THE DISMISSAL OF YOUR SUIT BY THE COURT WITHOUT FURTHER NOTICE." Id.

A review of the record now reflects that, despite notification of the need to resubmit their Complaint within fifteen (15) days, to sign the Complaint, and to either pay the cost of filing suit or submit properly completed motions to proceed as a pauper and Statements of Account, three (3) of the four (4) plaintiffs have failed to respond to the Court's Order. Therefore, the claims of these

three (3) plaintiffs shall be dismissed, without prejudice, for their failure to correct the deficiencies of which they were notified. Accordingly,

**IT IS ORDERED** that the claims of plaintiffs LOUIS BENNETT (#116998), SHAUN MOFFATT (448387) and VERON JONES (312216) be and they are hereby dismissed from this proceeding.

Baton Rouge, Louisiana, this 19th day of March, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE